ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Defendant
Bank of America, N.A., successor by merger
to BAC Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRO DAVILA, an individual,<br><br>                Plaintiff,<br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., and DOES I through X inclusive,<br><br>                Defendants. | Case No.: 2:10-cv-02252-ECR-GWF<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order Granting Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP's ("Defendant"), Motion to Dismiss [Dkt. 4] ("Motion") on July 26, 2011.

Defendant requests that the lis pendens Plaintiff CIRO DAVILA ("Plaintiff") recorded against the subject property be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about November 17, 2010, as Instrument Number 201011170002181 in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendant's request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:

{LV050692;1}

1

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendant record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED: _Edward C. Reed_

UNITED STATES DISTRICT JUDGE

Dated: September 13, 2011.

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Steven G. Shevorski
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 8th day of September, 2011 and pursuant to Fed. R. Civ. P. 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[Proposed] ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

MICHAEL J. HARKER, ESQ.
Boggess & Harker
5550 Painted Mirage Road, Suite 255
Las Vegas, Nevada 89149
Facsimile: 702- 233-2209

*Attorney for Plaintiff*

/s/ Debbie Julien
An employee of AKERMAN SENTERFITT LLP

{LV050692;1}

3

# **EXHIBIT A**

# **EXHIBIT A**

Inst #: 201011170002181
Fees: $15.00
N/C Fee: $0.00
11/17/2010 09:05:00 AM
Receipt #: 581305
Requestor:
MICHAEL J HARKER (LEGAL WIN
Recorded By: MAT   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 179-31-315-031
11-digit parcel number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of ②
Lis Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested by:**
Boggess + Harker

**Return To:**
Name Michael J. Harker, Esq
Address 5550 Painted Mirage Rd. #255
City/State/Zip Las Vegas, NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2
(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CS 02/07

Electronically Filed
11/10/2010 12:14:51 PM

/s/ [signature]
CLERK OF THE COURT

```
 1  PARCEL NO (179-31-315-031)
    BOGGESS & HARKER
 2  MICHAEL J. HARKER, ESQ.
    Nevada Bar No. 005353
 3  5550 Painted Mirage Road, Suite 255
    Las Vegas, Nevada 89149
 4  (702) 233-5040
    Attorney for Plaintiff
 5
```

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CIRO DAVILA, an individual | CASE NO: A-10-627134<br>DEPT NO: X |
| Plaintiff, | |
| vs. | |
| BAC HOME LOANS SERVICING, LP., a subsidiary of BANK OF AMERICA N.A., and DOES I through X inclusive, | NOTICE OF LIS PENDENS |
| Defendants. | |

NOTICE is hereby given that an action has been commenced and is now pending in this court on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the title to said interest of the parties to be granted to Plaintiff.

The real property in the County of Clark affected thereby is particularly described as follows:

PARADISE POINT UNIT -4
PLAT BOOK 122 PAGE 46
LOT 377

PARCEL NO. 179-31-315-031

Commonly known as 112 Staplehurst Ave., Henderson, Nevada 89002.

DATED this 10th day of November, 2010.

                        BOGGESS & HARKER

                        BY: /s/ Michael J. Harker
                            MICHAEL J. HARKER, ESQ.,
                        Nevada State Bar Number 5353
                        5550 Painted Mirage Road, Suite 255
                        Las Vegas, NV 89149
                        Attorney for Plaintiff

BOGGESS & HARKER [illegible]11.10.mw.wpd